ORIGINAL

ORDERED SEALED BY COURT

08 MAR 26 AM 10:00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

*unsealed by wmc on 3/27/08*

BY: _____ DEPUTY

1
2
3
4
5  UNITED STATES OF AMERICA,
6                    Plantiff              )    Magistrate Case No. '08 MJ 0923
                                           )
          v.                               )    APPLICATION AND ORDER
7                                          )    SEALING ARREST WARRANT,
                                           )    COMPLAINT AND STATEMENT
8  HAROLD GARNER, JR. ET AL                )    OF FACTS
                                           )
9                    Defendants.           )
                                           )
10

11         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

12  Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States

13  Attorney, and hereby moves this Court to seal the arrest warrant, the complaint and statement of

14  facts. Disclosure would jeopardize the agent's abilities to arrest these defendants.

15         DATED: 3/25/08 .

16                                              Respectfully submitted,

17                                              KAREN P. HEWITT
                                                United States Attorney
18

19                                              Assistant U.S. Attorney

20

21         IT IS ORDERED that the arrest warrant, the complaint and statement of facts, and this order

22  be sealed in connection with the above-referenced case.

23         DATED: 3/25/08 .

24

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28