1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Harold Garner, Jr.

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,       ) | Case No. 08MJ0923-01
                                    )
12 |          Plaintiff,             )
                                    )
13 | v.                              ) | **CERTIFICATE OF SERVICE**
                                    )
14 | HAROLD GARNER, JR.,             )
                                    )
15 |          Defendant.             )
   |_____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov; and
20
                           Martin G. Molina
21         mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net

22                              Respectfully submitted,

23

24 DATED:    April 1, 2008              /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Harold Garner, Jr.
26

27

28