FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 08CR1289W |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 841(a)(1) and 846- Conspiracy to Distribute Methamphetamine |
| HAROLD GARNER, JR (1), ) MONICA FLORES-GARNER (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to March 26, 2008, within the Southern District of California, and elsewhere, defendants HAROLD GARNER, Jr., and MONICA FLORES-GARNER, did knowingly and intentionally conspire with each other and other persons to distribute 500 grams and more of a mixture and substance containing a detectable amount, of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: 4/24/08.

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney