FILED

APR 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HAROLD GARDNER, JR. (1),<br>MONICA FLORES-GARDNER (2),<br><br>        Defendants. | Criminal Case No. 08CR1289W<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF COURT:

Please take notice that the above entitles case is related to <u>United States v. Alex Contretras</u>, Criminal Case No. 08cr1251-W.

DATED: 4/24/08

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney